**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CAROL JOHANSSON,

        Plaintiff,

-vs-                                    Case No. 6:09-cv-2054-Orl-31DAB

MICHAEL TROUP EMMONS and JAMES
E. EMMONS, IV,

        Defendants.
_____

## ORDER

This cause comes before the Court on Motion to Proceed *In Forma Pauperis* (Doc. No. 2) filed December 7, 2009.

On December 10, 2009, the United States Magistrate Judge issued a report (Doc. No. 5) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion to Proceed *In Forma Pauperis* is **DENIED**.

    3.    The Plaintiff's Complaint is DISMISSED without prejudice and the Plaintiff will have until January 19, 2010, to file an Amended Complaint consistent with the Report and Recommendation.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on 5th day of January, 2010.

*[Signature]*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party